**PATRICIA KEIZER**
California State Bar No. 315624
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Patricia_Keizer@fd.org

Attorneys for
Mr. Hector Roberto Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR ROBERTO RODRIGUEZ,<br><br>　　　　　　Defendant. | CASE NO.:   24CR01051-BTM<br><br>Hon. Barry Ted Moskowitz<br>Date: March 13, 2025<br>Time: 2:15 P.M.<br><br>MR. RODRIGUEZ'S SENTENCING SUMMARY CHART |

　　　　Mr. Hector Roberto Rodriguez, by and through his counsel, hereby files the attached Sentencing Summary Chart in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: March 04, 2025
　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　Patricia Keizer, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Mr. Hector Roberto Rodriguez

## SENTENCING SUMMARY CHART

|  |  |
|---|---|
| USPO: |  |
| AUSA: |  |
| DEF: | X |

| | | | |
|---|---|---|---|
| Defendant's Name: | RODRIGUEZ, Hector Roberto | Docket No. | 24CR1051-BTM |
| Attorney's Name: | Patricia Keizer | Phone No.: | (619)234-8467 |
| Guideline Manual Used: | 2024 | Agree with USPO Calc.: | |

| | |
|---|---|
| Base Offense Level: (U.S.S.G. § 2D1.1(c)(3))  (Drug Quantity, if Applicable) | 38 |
| Specific Offense Characteristics: | |
| USSG §2D1.1(a)(5) w/ minor role | 34 |
| USSG §2D1.1(b)(18); safety valve | -2 |
| | |
| Adjustments: | |
| USSG §3B1.2(a); minor role | -2 |
| Adjustment for Zero-Point Offender | -2 |
| | |
| Adjusted Offense Level: | 28 |
| ☐Combined (Mult. Counts)  ☐Career Offender  ☐Armed Career Criminal | |
| Adjustment for Acceptance of Responsibility: | -3 |
| Total Offense Level: | 25 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |
| ☐Career Offender  ☐Armed Career Criminal | |
| Guideline Range: (Range limited by: ☐Minimum Mandatory ☐Statutory Maximum) | *from:* 57 |
| Departures: | *to:* 71 |
| USSG § 5K3.1: Fast Track | -4 |
| USSG § 5K2.0: Combination of Circumstances | -2 |
| *Mendoza* Departure | -4 |
| | |
| Adjusted Offense Level: | 15 |
| Resulting Guideline Range: | *from:* 18 |
| | *to:* 24 |

**Recommendation:**

Defense respectfully request a probationary sentence with an 18-month home detention component.