|   |   |
|---|---|
| 1 | **PATRICIA OJEDA** |
|   | California State Bar No. 315624 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
|   | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5030 |
|   | Telephone: (619) 234-8467 |
| 4 | Facsimile: (619) 687-2666 |
|   | Patricia_Ojeda@fd.org |
| 5 |   |
|   | Attorneys for Mr. Rodriguez |
| 6 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  24-cr-1051-BTM |
|---|---|
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| v. |   |
| HECTOR ROBERTO RODRIGUEZ, |   |
| Defendant. |   |

I, **HECTOR ROBERTO RODRIGUEZ**, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is July 3, 2025, at 2:15 p.m., before the Honorable Barry Ted Moskowitz.

I declare that the foregoing is true and correct.

Dated:  04/24/2025

HECTOR ROBERTO RODRIGUEZ