**PATRICIA KEIZER**
California State Bar No. 315624
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Patricia_Keizer@fd.org

Attorneys for Mr. Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 24-cr-1051-BTM |
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| v. | |
| HECTOR ROBERTO RODRIGUEZ, | |
| Defendant. | |

I, **HECTOR ROBERTO RODRIGUEZ**, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is September 4, 2025, at 2:15 p.m., before the Honorable Barry Ted Moskowitz.

I declare that the foregoing is true and correct.

Dated: 07/02/2025

HECTOR ROBERTO RODRIGUEZ