| | |
|---|---|
| 1 | **JAMIE E. SCHMID** |
| | California State Bar No. 339135 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
| | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5030 |
| | Telephone: (619) 234-8467 |
| 4 | Facsimile: (619) 687-2666 |
| | Jamie_Schmid@fd.org |
| 5 | |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 24-CR-1051-BTM |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| HECTOR ROBERTO RODRIGUEZ, | |
| Defendant. | |

Notice is hereby given by **JAMIE E. SCHMID**, Federal Defenders of San Diego, Inc., that:

** I am replacing **Patricia Keizer**, as lead counsel on this case.

Respectfully submitted,

Dated:  July 15, 2025

*s/ Jamie E. Schmid*
**JAMIE E. SCHMID**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email:  Jamie_Schmid@fd.org

1
NOTICE OF APPEARANCE
AS LEAD COUNSEL