1 **JAMIE E. SCHMID**
California State Bar No. 339135
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Ste. 900
3 San Diego, California 92101-5030
Telephone: (619) 234-8467
4 Jamie_Schmid@fd.org

5 Attorneys for Mr. Rodriguez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 24-CR-1051-BTM |
|---|---|
| Plaintiff, | Hon. Barry T. Moskowitz<br>Date: September 11, 2025<br>Time: 2:15 p.m. |
| v. | |
| HECTOR ROBERTO RODRIGUEZ, | ACKNOWLEDGMENT OF NEXT COURT DATE |
| Defendant. | |

I, Hector Roberto Rodriguez, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is September 11, 2025, at 2:15 p.m., before the Honorable Barry T. Moskowitz.

I declare that the foregoing is true and correct.

Dated: 08/26/2025                                  _____
                                                                **Hector Roberto Rodriguez**