**JAMIE ELIZABETH SCHMID**
California Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Jamie_Schmid@fd.org

Attorneys for Mr. Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SAMMARTINO**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 24-CR-1051-BTM |
| ) | |
| Plaintiff, ) | |
| v. ) | **ACKNOWLEDGMENT OF** |
| ) | **SURETY SONIA GARCIA** |
| HECTOR ROBERTO RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, Sonia Garcia, hereby declare, under the penalty of perjury, the following:

1. My name is Sonia Garcia. I am the cousin of Hector Roberto Rodriguez, who is the defendant in this case.

2. I agree to remain as the surety for Mr. Rodriguez until his self-surrendering date of February 26, 2026.

3. I am aware that if he does not comply with all conditions on his release, and if he is found in violation, I am liable for the full $20,000 bond that was posted in this case.

I declare that the foregoing is true and correct.

Dated: 12-05-25

_____
**Sonia Garcia**